VIRGINIA BOZZA, *ET AL.*, PLAINTIFFS-PETITIONERS, v. VORNADO, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Pincus, Shamy & Sheehan* for the petitioners.

*Messrs. Jung & Selikoff* for the respondents.

February 10, 1964.   Granted.

ROBERT N. ERRINGTON, PLAINTIFF-RESPONDENT, v. MANSFIELD TOWNSHIP BOARD OF EDUCATION, DEFENDANT-PETITIONER.

See same case below: 81 *N. J. Super.* 414.

*Mr. Wilbur M. Rush* and *Mr. Harold A. Price* for the petitioner.

*Mr. Robert E. Frederick* for the respondent.

*Mr. Thomas P. Cook* for the State Federation of District Boards of Education, *amicus curiae.*

February 10, 1964.   Granted.